IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.1:13-cv-22256- KING
MIAMI-CIVIL DIVISION

ANDRES LOSADA,

    Plaintiff,

v.

NCL (BAHAMAS) LTD., d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsels that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorney's fees and costs.

Dated October 2, 2014.

| | |
|---|---|
| By: /s/ Rachel K. Beige | By: /s/ Sina Negahbani |
| Rachel K. Beige, F.B.N. 016366 | Sina Negahbani, F.B.N. 972673 |
| Rachel.Beige@csklegal.com | Negahbanis@yahoo.com |
| COLE, SCOTT & KISSANE, P.A. | LAW OFFICES OF SINA NEGAHBANI |
| 1645 Palm Beach Lakes Blvd., 2nd Floor | P.O. Box 566055 |
| West Palm Beach, Florida 33401 | Miami, Florida 33256 |
| Telephone: (561) 383-920 | Tel: (305) 595-9078 |
| Facsimile: (561) 683-8977 | Fax: (305) 595-9079 |
| Counsel for Defendant | Counsel for Plaintiff |